**DISMISS; Opinion Filed June 26, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00173-CV

### HICKS ACQUISITION COMPANY II INC., Appellant

### V.

### R.R. DONNELLEY & SONS COMPANY, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03679**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Evans

Having settled all issues, the parties have filed a joint motion to dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/David Evans/

DAVID EVANS

140173F.P05                        JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

HICKS ACQUISITION COMPANY II
INC., Appellant

No. 05-14-00173-CV        V.

R.R. DONNELLEY & SONS COMPANY,
Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-03679.
Opinion delivered by Justice Evans.
Justices Fillmore and Lewis participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal.
     We **ORDER** that each party bear its own costs of this appeal.


Judgment entered this 26th day of June, 2014.